IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00082-MOC-WCM

| | |
|---|---|
| MICROTECH KNIVES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| OUTDOORS ONLINE, LLC, and ) | |
| JON JANECEK, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 14) filed by David M. Wilkerson. The Motion indicates that Mr. Wilkerson, a member in good standing of the Bar of this Court, is local counsel for Defendant Jon Janecek and that he seeks the admission of Cameron S. Leisz, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 14) and **ADMITS** Cameron S. Leisz to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 23, 2023

W. Carleton Metcalf
United States Magistrate Judge